IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SAMUEL HENRY CLAY OWEN, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 3:23-cv-00122-TES |
| CAPITAL ONE, NATIONAL ASSOCIATION and SYNCHRONY BANK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court has read and considered Plaintiff's Consent Motion to Drop Capital One as a Party-Defendant and Add Kohl's, Inc. as a Party-Defendant. Based on the representations set forth therein and with the consent of all parties, the Motion is hereby GRANTED. Pursuant to Federal Rule of Civil Procedure 21, Capital One is hereby dropped as a party-defendant from this case and Kohl's, Inc. is hereby added as a party-defendant to this case. Kohl's, Inc. is ordered to respond to the Complaint within 21 days of the entry of this Order.

SO ORDERED, this 26th day of January, 2024.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT